# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Jason Paradise<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 5:MJ-12-24<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 10, 2011___ in the county of ___Wayne___ in the
___Middle___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 113(a)(3) | On or about January 10, 2011, Jason Paradise, a United States Penitentiary (USP) Canaan inmate, assaulted three USP Canaan inmates with a dangerous weapon, with intent to do bodily harm and without just cause or excuse, within the territorial jurisdiction of the United States. |

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Aris Anastasas, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2-22-12

_____
_Judge's signature_

City and state: Scranton, PA

Malachy E. Mannion, U.S. Magistrate Judge
_Printed name and title_